[No. 46093-9-II. Division Two. April 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PAUL JOSEPH HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-02943-1, Garold E. Johnson, J., entered March 14, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Lee, J.; Bjorgen, C.J., dissenting.

[No. 46320-2-II. Division Two. April 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. S.D., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-8-01017-5, Kitty-Ann van Doorninck, J., entered May 19, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., and Melnick, J.

[No. 46364-4-II. Division Two. April 12, 2016.]

JOHN WORTHINGTON, *Appellant*, v. THE CITY OF BREMERTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-2-00474-7, Sally F. Olsen, J., entered June 19, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 46592-2-II. Division Two. April 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN LEVI MATISON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00336-8, Suzan L. Clark, J., entered August 8, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Worswick and Lee, JJ.